UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AARON KNUTH,

    Plaintiff,

v.

AMAZON.COM SERVICES LLC,

    Defendant.

Case No. 3:23-cv-05366-WHO

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 10

Defendant Amazon.com Services LLC filed a motion to dismiss the plaintiff's complaint. Dkt. No. 10. Plaintiff Aaron Knuth's opposition was due on November 9, 2023. As of the date of this order, Knuth has failed to file an opposition.

Accordingly, Knuth is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. He may expunge this Order to Show Cause by filing an amended complaint or response to the motion by November 27, 2023. Should he fail to do so, this case will be dismissed without prejudice under Federal Rule 41(a).

**IT IS SO ORDERED.**

Dated: November 13, 2023



William H. Orrick
United States District Judge