1  Douglas E. Dexter (State Bar No. 115868)
     ddexter@fbm.com
2  Jamie E.S. Talt (State Bar No. 312853)
     jtalt@fbm.com
3  Jonathan G. Chang (State Bar No. 347678)
     jchang@fbm.com
4  Farella Braun + Martel LLP
   One Bush Street, Suite 900
5  San Francisco, California 94104
   Telephone: (415) 954-4400
6  Facsimile: (415) 954-4480

7  Attorneys for Defendant
   AMAZON.COM SERVICES LLC

9  Michael Freiman, Esq. (SBN 280716)
   Law Office of Michael Freiman
10 100 Wilshire Blvd. Ste. 700
   Santa Monica, CA 90401
11 (310) 917-1022
   mike@employlegal.com

13 Attorney for Plaintiff
   AARON KNUTH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON KNUTH,<br><br>  Plaintiff,<br><br>  vs.<br><br>AMAZON.COM SERVICES LLC; and DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No. 3:23-cv-5366-WHO<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT**<br><br>The Hon. William H. Orrick<br><br>Trial Date:  Aug. 18, 2025 |

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

UPDATED JOINT CASE MANAGEMENT
STATEMENT - Case No. 3:23-cv-5366-WHO

44318\20002257.3

Pursuant to the Minute Order dated June 4, 2024, Plaintiff Aaron Knuth ("Plaintiff" or "Knuth") and Defendant Amazon.com Services LLC ("Defendant" or "Amazon") (collectively, "Parties") hereby submit this Updated Joint Case Management Statement describing the progress in this case since the last Case Management Conference.

## I. PROGRESS SINCE LAST CASE MANAGEMENT CONFERENCE

### A. Plaintiff's Position.

#### 1. The Court Must Remand the Case to San Francisco Superior Court

Rule 12(h)(3) states that "[w]henever it appears by suggestion of the parties or otherwise that the court lacks jurisdiction of the subject matter, the court shall dismiss the action." However, because this action was removed from San Francisco Superior Court, the Court should remand the case to San Francisco Superior Court.

Specifically, Defendant now admits in the instant case management statement "at all relevant times, Plaintiff was a resident of Washington state and employed by Defendant out of a facility in Washington state." Because Defendant Amazon is not diverse from Washington, the Court must remand the case to San Francisco Superior Court because "it appears by suggestion of the parties or otherwise" the Court lacks subject matter jursidcition.

#### 2. Defendant Has Objected to All Discovery Necessary to Oppose its Contemplated Motion for Summary Judgment and Defendant's Request to Stay Discovery for the MSJ, if granted, Violates the Federal Rules and Plaintiff's Due Process Rights

Plaintiff has served Requests for Production and a Rule 30(b)(6) deposition notice regarding the matters alleged in the First Amended Complaint. Defendant objected to the written discovery and refused to appear for its deposition. Plaintiff has also been trying informally to schedule the depositions of the harassers/decisionmakers in the case – Lisa Kim and Soraya Wright. Lisa Kim (Plaintiff's Supervisor) made false claims about Plaintiff based on Lisa Kim's conduct toward Plaintiff in San Francisco, California, and relied on Plaintiff's being white veteran male as reason to terminate Plaintiff's employment, which Soraya Wright (Kim's Supervisor) approved and communicated to the Plaintiff. Both Lisa Kim and Soraya Wright were employed and resided in California at the time of the underlying events.

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

UPDATED JOINT CASE MANAGEMENT
STATEMENT - Case No. 3:23-cv-5366-WHO

**2** of **5**

44318\20002257.3

Applicable regulations for FEHA defines "employee" as "[a]ny individual under the *direction and control* of an employer under any appointment or contract of hire or apprenticeship, express or implied, oral or written." 2 CCR § 11008(c).

Employees located outside of California are covered by the protections of FEHA if the allegedly unlawful conduct occurred California, or the allegedly unlawful conduct was ratified by decision makers or participants in unlawful conduct located in California. 2 CCR § 11008(d)(1)(C).

Astonishingly, Defendant refuses to stipulate to remand the case to state court on the ground there is diversity of citizenship from Amazon based in Washington. Defendant also asks the Court to stay discovery so Defendant can file a motion for summary judgment seeking to dismiss the case because FEHA doesn't apply since Plaintiff is a resident of Washington. Assuming the Court would allow such a contradictory motion and not remand the case, in order to determine whether FEHA applies, the Court still has to look at who engaged in and ratified the unlawful conduct; and where it occurred. Toward that end, Plaintiff has been trying to take the depositions of Defendant's Rule 30(B)(6) witness as well as the depositions of Lisa Kim and Soraya Wright. Defendant has completely objected to the Request for Production and refuses to produce its Rule 30(b)(6) witness while simultaneously seeking to file a motion for summary judgment. This discovery is necessary to oppose a motion for summary judgment on any basis and most definitely with regard to the issues presented by Defendant in this joint statement regarding whether or not FEHA applies since that analysis depends on what occurred in San Francisco, and what roles Lisa Kim and Soraya Wright had in the unlawful acts.

### B.     Defendant's Position.

Since the last Case Management Conference, the Parties have engaged in written discovery. Plaintiff propounded Requests for Production, to which Defendant timely responded. Plaintiff also stated his intention to depose two fact witnesses and noticed a Rule 30(b)(6) deposition, to which Defendant's counsel agreed to meet and confer about relevant topics. Defendant propounded Interrogatories and Requests for Admission on the issue of whether

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

UPDATED JOINT CASE MANAGEMENT
STATEMENT - Case No. 3:23-cv-5366-WHO

**3** of **5**

44318\20002257.3

California law applies to Plaintiff, to which Plaintiff failed to respond.

On November 22, 2024, the Parties attended mediation, which did not resolve the instant action.

Given that, at all relevant times, Plaintiff was a resident of Washington state and employed by Defendant out of a facility in Washington state,[1] Defendant contends that California law does not apply to Plaintiff. Defendant intends to file a motion for summary judgment on that ground. Given the resulting uncertainty of which claims and under what law Plaintiff may proceed with against Defendant, Defendant respectfully requests that the Court stay fact discovery pending resolution of Defendant's forthcoming motion for summary judgment.

Dated: December 3, 2024                FARELLA BRAUN + MARTEL LLP

                                       By:      /s/ Jamie E.S. Talt
                                                Jamie E.S. Talt

                                       Attorneys for Defendant
                                       AMAZON.COM SERVICES LLC

Dated: December 3, 2024                LAW OFFICE OF MICHAEL FREIMAN

                                       By:      /s/ Michael Freiman
                                                Michael Freiman

                                       Attorneys for Plaintiff
                                       AARON KNUTH

---

[1] As the Court will recall, at the January 16, 2024 CMC, Plaintiff verbally represented to the Court that, at some point in his Amazon employment, Plaintiff had only briefly been in California. This contradicted the First Amended Complaint which stated that "Plaintiff Aaron Knuth was at all times relevant to the matters alleged in this complaint an individual with his residence in California." To date, Plaintiff has not filed an amendment to the operative complaint or notified Defendant of his intention to do so.

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

UPDATED JOINT CASE MANAGEMENT
STATEMENT - Case No. 3:23-cv-5366-WHO         **4** of **5**         44318\20002257.3

# ATTESTATION

I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Jamie E.S. Talt
Jamie E.S. Talt

Attorneys for Defendant
AMAZON.COM SERVICES LLC

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

UPDATED JOINT CASE MANAGEMENT
STATEMENT - Case No. 3:23-cv-5366-WHO

**5** of **5**

44318\20002257.3